# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CARY DAVIDSON,

                Plaintiff,

v.

TRIDENT ASSET MANAGEMENT LLC
and OPS 9 LLC,

                Defendants.

Case No. 17-CV-499-JPS

**ORDER**

On May 12, 2017, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #11). Since Defendants have been served but have not yet answered or otherwise responded to the complaint, the Court will adopt Plaintiff's notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 17th day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge